**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-7057

_____

JAMES ANTHONY MAY,

Plaintiff - Appellant,

v.

DR. NINA WARD; NURSE G. MULLEN,

Defendants - Appellees.

_____

No. 12-7071

_____

JAMES ANTHONY MAY,

Plaintiff - Appellant,

v.

SCOTT BRAIN; JAMES R. CHELLIS; JANE DOE; DR. PHILLIP
PERKINS,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge. (5:11-ct-03065-FL; 5:11-ct-03088-FL)

_____

Submitted:  November 2, 2012        Decided:  November 6, 2012

_____

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

James Anthony May, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony May appeals the district court's orders dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. May v. Ward, No. 5:11-ct-03065-FL (E.D.N.C. June 8, 2012); May v. Brain, No. 5:11-ct-03088-FL (E.D.N.C. June 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED